No. 53. HYMAN, TRUSTEE IN BANKRUPTCY, *v.* McLENDON ET AL. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. L. D. Jennings* and *Marion W. Seabrook* for petitioner. No appearance for respondents.

No. 54. BALL *v.* UNITED STATES. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *John D. Ball, pro se. Solicitor General Jackson* and *Messrs. Julius C. Martin, Wilbur C. Pickett, Young M. Smith* and *W. Marvin Smith* for the United States.

No. 55. MARSHALL ET AL. *v.* DESERT PROPERTIES Co., A COMMON LAW TRUST, ET AL. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. George R. Wickham* for petitioners. *Mr. Harry H. Parsons* for respondents.

No. 59. BLAND ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Everett Sanders* and *L. A. Gravelle* for petitioners. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Arnold Raum* for respondent.

No. 60. CHICAGO & NORTHWESTERN RY. Co. *v.* INDUSTRIAL COMMISSION OF ILLINOIS ET AL. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Cook County, Illinois, denied. *Mr. Weldon A. Dayton* for petitioner. *Mr. Joseph F. Elward* for respondents.